UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LEWIS JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:12-0771 |
| ) | Judge Sharp |
| **OFFICER GILLIAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

After Plaintiff failed to respond to an Order directing him to show cause why this case should not be dismissed for failure to obtain service, Magistrate Judge Bryant entered a Report and Recommendation ("R & R") recommending that "the complaint be dismissed against the remaining Defendant, Officer Gillian, without prejudice for Plaintiff's failure to obtain service of process, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." (Docket No. 16 at 2). Plaintiff has filed no objections to the R & R.

Having considered the matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the R & R (Docket No. 16) is hereby ACCEPTED and APPROVED, and the complaint as to Officer Gillian is hereby DISMISSED WITHOUT PREJUDICE. Furthermore, because Officer Gillian is the only remaining Defendant, the Clerk of the Court is DIRECTED TO CLOSE this case.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE